*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: February 17, 2017 |
| vs. | Case No.: 17-3026-01-CR-S-MDH |
| JEFFREY W. BARFIELD | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Initial Appearance – Indictment

**Time Commenced:** 2:15 p.m. (2:50 p.m.)     **Time Terminated:** 2:54 p.m.

APPEARANCES

**Plaintiff:** Randall D. Eggert, AUSA
**USPPTS:** Katie Klocksiem

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Because Defendant has been arrested, Court signs the envelope initially sealing the indictment/case and orders that indictment/case be unsealed and processed in accordance with established procedure and law.

Defendant advised of rights and sworn regarding the *Affidavit of Financial Status*. Counsel will be appointed by subsequent order. Government does not move for detention. Defendant has read and agrees to abide by the *Appearance Bond* and *Order Setting Conditions of Release*.

Arraignment and Scheduling Conference set for 2/27/2017 at 9:30 a.m.

Defendant on bond.

**Courtroom Deputy/ERO:** Steve Burch