# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     May 8, 2017

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England and David P. Rush commencing on, April 18, 2017, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.</u>** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing May 8, 2017.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is June 12, 2017, shall file such motion in a timely fashion. A motion not timely filed will be summarily denied. Likewise, absent a showing of

very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied.   Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature.   It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>Tuesday, April 18, 2017</u>**

**The following cases are set at 9:30 a.m. before Judge Rush:**

| | | |
|---|---|---|
| 16-03104-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Christopher M. Behn | Megan McCullough |
| | | |
| 16-05013-CR-SW-SRB | United States | Jim Kelleher |
| | v. | |
| -01 | Lisa Lee | Todd C. Hawkins |
| | | |
| 16-03114-CR-S-MDH | United States | Jody Larison |
| | v. | |
| -01 | Michael A. Huckabey | Ann Koszuth |
| -03 | Steven C. McCurely | Kristin Jones |

| Case Number | Plaintiff | Prosecutor |
|---|---|---|
| 16-05039-CR-SW-BP | United States | Abe McGull |
| | v. | |
| -01 | Velma P. Sharp | Kristin Jones |
| -02 | Jimmie D. Reedy | Art Duncan |
| 16-05017-CR-SW-BP | United States | Ami Miller |
| | v. | |
| -01 | Ricky Raymond Ball | Ann Koszuth |
| 17-05004-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Beau Rickman | Ian Lewis |
| 17-03022-CR-S-MDH | United States | Jody Larison |
| | v. | |
| -01 | Jesse Blankenship | Michelle Law |
| 17-05009-CR-SW-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Scott Fuller | Ian Lewis |
| 17-05011-CR-SW-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | James Snare | Ann Koszuth |

| | | | |
|---|---|---|---|
| 17-03017-CR-S-BCW | | United States | Tim Garrison |
| | | v. | |
| | -01 | Douglas Allen Bedford | Teresa Fiester |
| 17-03029-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Christopher James Lane | Ann Koszuth |
| 17-03026-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jeffrey W. Barfield | Ian Lewis |
| 16-03124-CR-S-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Caleb Eugene Evans | Michelle Moulder |
| 15-03039-CR-S-RK | | United States | Tim Garrison |
| | | v. | |
| | -01 | Ronald Allen Downey | Michelle Moulder |
| 16-03107-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Mark Damon Dunn | Ann Koszuth |

| | | | |
|---|---|---|---|
| 16-03110-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Michael V. Lucas | Brady Musgrave |
| | | | |
| 16-03093-CR-S-MDH | | United States | Jody Larison |
| | | v. | |
| | -01 | Jason Stepp | Alison Hereshewe |
| | | | |
| 15-03103-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Craig Michael Ralston | Shane Cantin |
| | | | |
| 16-03069-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Shane Richard Nicolas | Ian Lewis |
| | -02 | Emigidio Salcedo | David Back |
| | | | |
| 16-03077-CR-S-BCW | | United States | Jody Larison |
| | | v. | |
| | -02 | Demarko Hinkle | John Kizer |
| | -03 | Victor Walton | Brady Musgrave |
| | -04 | Peter Kuhn | Will Worsham |
| | -06 | Brittany Jones | John Appelquist |

| | | | |
|---|---|---|---|
| 16-03083-CR-S-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | John Paul Sparapani | Branden Twibell |
| | | | |
| 15-03123-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Romulo Frank Delatorre | Michelle Law |
| | -03 | John R. Waits | Brady Musgrave |
| | -05 | Arthur Sanchez | Alison Hershewe |
| | | | |
| 16-03094-CR-S-SRB | | United States | Jody Larison |
| | | v. | |
| | -01 | Jose Marmolejo | Michelle Law |
| | -02 | Jesse Mosqueda | James Hayes |
| | -03 | James Wolf | John Kizer |
| | | | |
| 15-03065-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Ronnie Lynn Curtis | Ann Koszuth |
| | | | |
| 16-03070-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Clayton B. Davis | Will Worsham |
| | -04 | Austin J. Eutsler | Josh Roberts |
| | -05 | Richard E. Dolney | James Hayes |

| Case Number | Party | | Attorney |
|---|---|---|---|
| 16-05004-CR-SW-RK | United States | | Jody Larison |
| | v. | | |
| -01 | Tracey P. Webb | | Alison Hershewe |
| 14-03106-CR-S-MDH | United States | | Randy Eggert |
| | v. | | |
| -01 | Kenneth Friend | | Stuart Huffman |
| -19 | Clayton J. Mendes | | Matthew Radefeld |
| 16-03039-CR-S-MDH | United States | | Tim Garrison |
| | v. | | |
| -01 | Patrick Roger Brigaudin | | John Appelquist |
| -02 | Adrian Ortiz-Corrales | | Teresa Fiester |
| -03 | Timothy Garth Hall | | Brian Risley |
| -04 | Eduardo Diaz | | Russ Dempsey |
| -05 | Gayla Rochelle Phillips | | Stacie Bilyeu |
| -06 | Leah Renee Binney | | Erica Mynarich |
| -07 | Carlos Alberto Luna | | Ryan Reynolds |
| -08 | Federico Herrera-Preciado | | David Back |
| -09 | Maria Zetina-Ortega | | Alison Hershewe |
| -10 | Richard Todd Sherwood | | Don Cooley |
| -11 | Jennifer Louise Minor | | Branden Twibell |
| -12 | Amber Marie Vantuyl | | Adam Woody |

| | | |
|---|---|---|
| -13 | Gary Lee Driggers | Reidar Hammond |
| -14 | William Frank Eft | Josh Roberts |
| -15 | William David Watts | Kristin Jones |
| | | |
| 16-05027-CR-SW-MDH | United States | Ami Miller |
| | v. | |
| -01 | Carl Donald Greiner | Branden Twibell |
| | | |
| 15-03118-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Thomas R. Keller | Ann Koszuth |
| | | |
| 16-03056-CR-S-MDH | United States | Abe McGull |
| | v. | |
| -01 | Brand D. McDonald | Ann Koszuth |
| | | |
| 16-03090-CR-S-BP | United States | Jody Larison |
| | v. | |
| -01 | Kristina Beller | David Mercer |
| | | |
| 16-03055-CR-S-MDH | United States | Tim Garrison |
| | v. | |
| -01 | Corey Lee Tindle | David Mercer |
| -02 | Jacqueline Paige Rapp | Roger Jones |
| -03 | Joy Lynne Wolf | Alison Hershewe |

| | | | |
|---|---|---|---|
| 16-03073-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Kavin Dywayne Finley | David Mercer |
| | | | |
| 16-03123-CR-S-RK | | United States | Jody Larison |
| | | v. | |
| | -01 | Carlos Chavez-Manzanares | Bob Lewis |
| | | | |
| 16-03008-CR-S-BP | | United States | Jody Larison |
| | | v. | |
| | -01 | Eric Coursey | Don Cooley |
| | -02 | David Reeve | Josh Roberts |
| | -03 | Michael Lee | Bob Lewis |
| | | | |
| 16-03117-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Sergio Rivera | Ann Koszuth |
| | | | |
| 17-03031-CR-S-BP | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Jeromey Brockman | Ann Koszuth |
| | | | |
| 15-03105-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Derek Dicus | Ian Lewis |

| | | |
|---|---|---|
| 16-05012-CR-S-MDH | United States | Jody Larison |
| | v. | |
| -02 | Roni Asher | James Hayes |
| | | |
| 17-05006-CR-SW-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Nathan S. Allen | John Lewright |

                                                    */s/ David P. Rush*
                                                   DAVID P. RUSH
                                      UNITED STATES MAGISTRATE JUDGE

Date: April 5, 2017