UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**          Date:     August 15, 2017

vs.                                   Case No.: 17-03026-01-CR-S-MDH

**JEFFREY W. BARFIELD**

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing:   Bond Revocation Hearing

Time Commenced:   11:05 a.m.                    Time Terminated:   11:12 a.m.

APPEARANCES

Plaintiff:    Jim Kelleher, AUSA
Defendant:    Ian Lewis, FPD
USPPTS:       Brian Campbell

Proceedings: Parties appear as indicated above.   Defendant appears in person as the result of a Pretrial Services Violation Report.

The Court takes note of its own file, including the Pretrial Services Violation Report prepared by the USPPTS Officer.   The government orally moves for detention. Argument made regarding bond.

The Court finds an adequate basis for detention and orders that Defendant's *Appearance Bond* and *Order Setting Conditions of Release* be revoked.

Defendant in custody.

Courtroom Deputy/ERO:   Karla Berziel